183 So.2d 651

**Jac H. SAMUEL**

**v.**

**SEWERAGE AND WATER BOARD OF NEW ORLEANS et al.**

**No. 48070.**

March 11, 1966.

In re: Jac H. Samuel applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 181 So.2d 243.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

183 So.2d 651

**STATE of Louisiana**

**v.**

**L. M. RAYNER.**

**No. 48088.**

March 11, 1966.

In re: L. M. Rayner applying for writs of certiorari, prohibition and mandamus.

Writs refused. We find no error in the ruling complained of.